1 *[Submitting Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:20-cv-09156 |
| This Document Relates to:<br><br>*Steven Taylor v. Juul Labs, Inc., et al.,*<br>*Case No. 3:20-cv-09156* | **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF PLAINTIFF STEVEN TAYLOR'S CLAIM WITHOUT PREJUDICE** |

The parties to this action, through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal without Prejudice of Plaintiff Steven Taylor's action captioned as Steven Taylor v. Juul Labs, Inc., et al., Case No. 3:20-cv-09156, with each party to bear its own attorney's fees and costs.

Dated July 28, 2022                                                                                     Respectfully submitted,

By: /s/ *Pierce N. Giboney*                                              By: */s/ Edward A. Wallace*

Pierce N. Giboney, FL Bar 124704                                  Edward A. Wallace
**GUNSTER, YOAKLEY & STEWART, P.A.**       **WALLACE MILLER**
1 Independent Drive, Suite 2300                                     150 N. Wacker Dr., Suite 1100
Jacksonville, FL 32202                                                      Chicago, IL 60606
Telephone: (904) 350-7168                                              Telephone: (312) 261-6193
Facsimile: (904) 354-2170
pgiboney@gunster.com
(*pro hac vice*)

                                                                                          By: */s/ Erin Dickinson*

Gregory P Stone, SBN 78329
Bethany W. Kristovich, SBN 241891                           Erin Dickinson
**MUNGER, TOLLES & OLSON LLP**                    **CRUEGER DICKINSON LLC**
350 South Grand Avenue, Fiftieth Floor                      4532 N. Oakland Ave.,
Los Angeles, California 90071-3426                            Whitefish Bay, WI 53211
Telephone: (213) 683-9100                                            Telephone: (414) 210 3868
Facsimile: (213) 687-3702
gregory.stone@mto.com
bethany.kristovich@mto.com

                                                                                          By: */s/ Greg Coleman*

Renee D. Smith (*pro hac vice*)
**KIRKLAND & ELLIS LLP**                                      Greg Coleman
300 N. LaSalle Street                                                      **MILBERG COLEMAN BRYSON GROSSMAN**
Chicago, IL 60654
Telephone: (312) 862-2000                                            800 S. Gay St., Suite 1100
Facsimile: (312) 862-2200                                              Knoxville, TN 37929
renee.smith@kirkland.com                                            Telephone: (866) 252-0878

                                                                                          *Attorneys for Plaintiff Steven Taylor*

Peter A. Farrell, P.C. (*pro hac vice*)
David M. Bernick
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5959
Facsimile: (202) 389-5200

1 peter.farrell@kirkland.com
2 David.bernick@kirkland.com

3 *Attorneys for Defendant Juul Labs, Inc.*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CIVIL L.R. 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(1), I, Justin Day, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

*/s/ Justin Day*
Justin Day

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING:** Plaintiff Steven Taylor's action captioned as *Steven Taylor v. Juul Labs, Inc., et al.,* Case No. 3:20-cv-09156, is DISMISSED WITHOUT PREJUDICE, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: _July 28, 2022_____   

HONORABLE WILLIAM H. ORRICK
United States District Judge